UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>    Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>    Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## COMPLAINT

### JURISDICTION

1. This action arises under Section 301 of the Labor Management Relations Act, as amended (LMRA), 29 U.S.C. §185, *et seq.* This Court has jurisdiction pursuant to 28 U.S.C. §1331 and 1337.

2. Venue lies within the El Paso Division of the Western District of Texas as it was within this District and Division that the acts complained of occurred.

3. Plaintiff, SEIU Texas ("the Union"), is an unincorporated not-for-profit association organized and operated for the purpose of collectively representing persons employed by the Defendant within this District and Division and other employers in Texas. The Union is a labor organization within the meaning of 29 U.S.C. §185(b) and represents employees in an industry affecting commerce within the meaning of 29 U.S.C. §185(b).

4. Defendant Tenet Healthcare Corporation d/b/a The Hospitals of Providence is a non-profit corporation engaged in providing healthcare services in the city and counties of El Paso within the State of Texas. The Defendant is an "employer" within the meaning of 29 U.S.C.§152(2) and is engaged in commerce and in an industry affecting commerce within the meaning of 29 U.S.C. §152(6) and (7).

5. Plaintiff and Defendant are parties to a written collective bargaining agreement pertaining to wages, hours and terms and conditions of some of Defendants'

employees employed at The Hospitals of Providence – Sierra Campus, containing a grievance procedure which provides for full and binding arbitration of disputes (A copy of said grievance and arbitration mechanism is annexed as Exhibit A).

6. In connection with the parties' negotiation of a collective bargaining agreement, the parties agreed that the Defendant would pay employees covered by the collective bargaining agreement a "ratification bonus" during the pay period beginning December 1, 2024. (A copy of the parties' ratification bonus agreement is annexed as Exhibit B).

7. On or about January 17, 2025, the Union filed a grievance pursuant to the grievance and arbitration mechanism asserting that the Defendant's refusal to pay a "ratification bonus" to some of Defendant's employees covered by the collective bargaining agreement was a violation of the collective bargaining agreement (A copy of the Grievance is attached as Exhibit C. The document has been redacted to omit the names of Defendant's employees).

8. On or about February 14, 2025, the Union informed the Defendant that it would proceed to arbitration with this grievance. (A copy of the Arbitration Notice is attached hereto as Exhibit D. The document has been redacted to omit the personal cell phone number of a Union representative).

9. On March 21, 2025, the Defendant informed the Union it would pay the ratification bonus to some, but not all, employees covered by the collective bargaining agreement and grievance, and that it would not arbitrate the dispute. (A copy of the Defendant's arbitration refusal is attached hereto as Exhibit E. The document has been redacted to omit the names of Defendant's employees, the personal cell phone number of a Union representative, and information that the parties consider confidential).

10. Since on or about March 21, 2025, the Defendant has failed and refused to arbitrate this dispute (Exhibit E).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully requests that this Court:

a. Assume jurisdiction of this case;

b. Order the Defendant to proceed to arbitration of this grievance.

c. Award Plaintiff reasonable attorneys' fees and all expenses and costs incurred in bringing this action;

d. Grant the Plaintiff such other relief as may be just and proper.

THE PLAINTIFF,

BY: *[signature]*
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
8140 N. Mopac Expy.
Suite 4-250
Austin, Texas 78759
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 19th day of September, 2025.

Chad Staples
Tenet Healthcare Corporation
Chad.Staples@tenethealth.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

3