# AGREEMENT

## Between

## THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS

## and

## SERVICE EMPLOYEES INTERNATIONAL UNION TEXAS

November 21, 2024

through

March 31, 2027

# ARTICLE 19
# GRIEVANCE PROCEDURE

**A.     DEFINITION**

A grievance is defined as a dispute as to the interpretation, meaning or application of a specific provision of this Agreement.

**B.     PROCEDURE**

Grievances shall be processed in accordance with the procedure set forth below:

### STEP 1

An employee should make a reasonable effort to resolve the possible grievance informally in a discussion with her/his immediate supervisor. If an employee is unable to resolve the possible grievance, the Union steward (if requested by the employee) and employee will have a discussion with the immediate supervisor. This requirement must be satisfied before a written grievance is submitted at Step 2.

### STEP 2

If the grievance cannot be resolved informally, it shall be reduced to writing and submitted to the Human Resources Director or designee within thirty (30) calendar days after the employee had or should have had knowledge of the event which caused the grievance.

The written grievance must (1) allege the violation of a specific provision or provisions of this Agreement, and (2) set forth all factual grounds upon which the allegation is based.

Within ten (10) calendar days after receipt of the written grievance, a meeting shall be held with the Human Resources Director or designee to discuss the grievance. The union may request in writing at least three (3) days in advance of the meeting that the supervisor/manager involved be present for the meeting. The Director of Human Resources or designee has discretion to include the supervisor/manager (or not) based on the specific circumstances of the grievance. The grievant, the Union steward and a Union representative may be present at the meeting. Within ten (10) calendar days after the meeting, the Facility's designated representative shall respond to the grievance in writing.

### STEP 3

If the grievance is not resolved at Step 2, the designated SEIU representative may reach out to the Tenet Labor Relations Representative to discuss the issue within five (5)

business days. If the grievance is not resolved at that point, the Union may submit the grievance to arbitration by notifying the Facility in writing of its intent to do so. In order to be timely, the Union's notice must be received by the Facility within fourteen (14) calendar days after the Union's receipt of the Facility's Step 2 response. Prior to scheduling the arbitration, the Union's designated representative and a representative designated by the Facility may meet to review and attempt to resolve the grievance.

**C.     ARBITRATION**

The following procedure shall apply if a grievance is submitted to arbitration:

    1.     An impartial arbitrator shall be selected by mutual agreement from the following panel of arbitrators:

>   Michael Prihar
>   Louise Wolitz
>   Pat Flynn
>   Eric Nelson
>   Sarah Espinosa

The parties will select an arbitrator by alternately striking names from the list until one arbitrator remains. The selection of the arbitrator must be completed no later than thirty (30) calendar days from receipt by the Facility of the appeal to arbitration.

    2.     A hearing on the grievance shall be held at a time and place designated by the arbitrator, at which the Facility and the Union shall present their respective positions, evidence and arguments. The sole parties to the arbitration proceeding shall be the Facility and the Union. The arbitrator's decision shall be rendered in writing and shall be final and binding on the parties and on all affected bargaining unit employees. It shall be issued not more than thirty (30) calendar days after the close of the hearing or the filing of briefs, whichever is later.

    3.     The arbitrator's authority is derived from this Agreement and his/her jurisdiction is limited to the interpretation and application thereof. He/she shall not have authority to (a) amend or modify any provision of this Agreement; or (b) render an award on any grievance arising before the effective date (excluding grievances brought pursuant to the Interim Grievance Procedure), or after the termination date.

    4.     The fee and expenses of the arbitrator, the court reporter's appearance fee, and the cost of mutual facilities shall be borne equally by the Facility and the Union.

### D.   TIME LIMITS

The time limits and other procedural requirements set forth in this Article must be strictly adhered to unless mutually extended by the express written agreement of the Union and the Facility.

If the Facility fails to respond to a grievance within the time limits set forth in this Article, the grievance may be appealed immediately to the next step. In the event of a failure by the grievant or the Union to adhere to any of such requirements, the grievance shall be resolved on the basis of the Facility's last response. In the event of a dispute over whether the grievant or the Union has failed to adhere to any of such requirements, the arbitrator shall make that determination.

### E.   MISCELLANEOUS

The parties agree that nothing in this Article shall affect the enforceability of any employee's existing agreement to be bound by the Tenet Fair Treatment Process ("FTP") with respect to any dispute not otherwise arbitrable under this Agreement.

## ARTICLE 20
## WORK STOPPAGE

### A.   PROHIBITED ACTIVITY

During the term of this Agreement, neither the Union nor its agents or representatives, nor any employees, individually or collectively, shall call, sanction, support or participate in any strike, work stoppage, picketing, boycott, sit-down, sickout or slow-down, or any refusal to cross a picket line at or enter the Facility's premises, or any other interference with any of the Facility's services or operations, or with the movement or transportation of goods to or from the Facility's premises.

### B.   WAIVER BY UNION

The prohibitions of this Article are intended to apply regardless of the motivation for the strike or other conduct. By way of illustration only, this article expressly prohibits (1) sympathy strikes (individual or concerted failure to cross a picket line established by another labor organization or by members of another bargaining unit); (2) strikes over disputes that are not subject to arbitration: and (3) strikes in protest of alleged violations of state or federal law. Any statutory right under the National Labor Relations Act which an employee may otherwise have to engage in such conduct is hereby expressly waived by the Union.