## 2023 CONTRACT NEGOTIATIONS

### The Hospitals of Providence – Sierra Campus
### and
### Service Employees International Union - Texas

---

Hospital Proposal November 14, 2024, Session 5

---

**Unpublished Side Letter re: Ratification Bonus:**

Contingent upon ratification prior to November 22, 2024, ~~The~~ the Hospital will pay each full-time and part-time employee who was in the bargaining unit and on the active payroll, or on an approved leave of absence, as of the date of ratification, and remains employed during the pay period beginning December 1, 2024, ~~as of the date of issuance of the Ratification Bonus,~~ a Ratification Bonus in the amount of ~~four~~ five hundred dollars ($~~400~~500.00).

TA
11/14/24
@10:08

TA
HFW
11/14/24

Ex. B_Ratification Bonus Side Letter.pdf