

# SEIU TEXAS - GRIEVANCE FORM

| Name of Grievant: | Job Classification: | Immediate Supervisor: | Hospital: |
|---|---|---|---|
| ███ | EEG Tech | ███ | THOP - Sierra |
| | EEG Tech | | THOP - Sierra |
| | EEG Tech | | THOP - Sierra |
| | UNKNOWN | | THOP - Sierra |
| | Maint. Mechanic | | THOP - Sierra |
| | Bio Med | | THOP - Sierra |
| | OR | | THOP - Sierra |
| | Maint. Mechanic | | THOP - Sierra |
| | Central Supply | | THOP - Sierra |
| | PCT (PCU) | | THOP - Sierra |
| | Maint. Mechanic | | THOP - Sierra |
| | Central Supply | | THOP - Sierra |
| | Histology Tech | | THOP - Sierra |
| | PCT (4 Medical) | | THOP - Sierra |
| | OR | | THOP - Sierra |
| | Radiology | | THOP - Sierra |

SEIU Texas
1280 Hawkins
El Paso, Texas 79925
(915) 309-1131

**Date of Event Giving Rise to Grievance:** Friday Dec 20, 2024
**Section of the Contract Violated:** Side Letter re: Ratification Bonus

**Nature of Grievance:**
On or about December 20, 2024 the Union became aware that the aforementioned employees were not paid the agreed upon Ratification Bonus for all full-time and part-time employees in the amount of $500.

**Remedy Requested:**
1. Management will comply with all sections of the agreed upon CBA.
2. Cease and desist in violating the terms of the agreed upon CBA.
3. Management will pay the aforementioned workers the agreed upon $500 ratification bonus.
4. Management will send a letter of apology to each of the aforementioned employees apologizing for not complying with the agreed upon terms and provide a copy of each letter to the Union.

███
**Signature of Grievant**
███, Et Al

January 17, 2025
Date

The Union reserves the right to amend, modify, revise, or adjust this grievance.