**DEATS, DURST & OWEN** P.L.L.C.

Attorneys & Counselors

8140 N Mopac Expressway
Building 4, Suite 250
Austin, TX 78759
512-474-6200
512-474-7896 (Fax)

Martha P. Owen (Of Counsel)
Matt Bachop
Manuel Quinto-Pozos

Philip Durst (1956-2019)

September 19, 2025

VIA EFILING

U.S. District Clerk's Office
Western District of Texas - El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

   RE: Request for Issuance of Summons
      *SEIU Texas v. Tenet Healthcare Corporation d/b/a The Hospitals of Providence* (Case No. 3:25-cv-400)

Dear Clerk of Court,

Please see the attached form for Summons in a Civil Action (form AO 440), in relation to the above-captioned matter.

Please do not hesitate to contact me if there are any questions.

            Respectfully,

            Manuel Quinto-Pozos
            *Attorney for Plaintiff SEIU Texas*

Encl.



## CERTIFICATE OF SERVICE

  I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 19th day of September, 2025.

Chad Staples
Tenet Healthcare Corporation
Chad.Staples@tenethealth.com

            /s/ Manuel Quinto-Pozos
            Manuel Quinto-Pozos