UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>　　　Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>　　　Defendant | CIVIL ACTION NO. 3:25-cv-400 |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for Deats, Durst & Owen, PLLC, counsel for Plaintiff, has changed to 2901 Bee Caves Rd., Ste. L, Austin, Texas 78746. All other contact information remains the same.

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Rd., Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

### CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 28th day of October, 2025.

David R. Anderson
FORD HARRISON
danderson@fordharrison.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

1