IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SEIU TEXAS, § | | |
|     *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION 3:25-CV-00400-KC | |
| TENET HEALTHCARE § | | |
| CORPORATION dba THE § | | |
| HOSPITALS OF PROVIDENCE, § | | |
|     *Defendant*. § | | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus ("Tenet" or "Hospital")[1] hereby moves for an extension of time, up to and including **December 5, 2025**, to answer or otherwise respond to Plaintiff SEIU Texas's ("Plaintiff") Complaint. In support of this Motion, Tenet states as follows:

1. Tenet's response to Plaintiff's Complaint is currently due November 21, 2025.

2. The undersigned lead counsel, David R. Anderson, is traveling on business through November 24, 2025.

3. Considering the upcoming Thanksgiving holiday, Tenet respectfully requests a two-week extension of time in which to respond to Plaintiff's Complaint, up to and including **December 5, 2025**.

4. This request is made in good faith and not for the purposes of delay.

---

[1] "Tenet Healthcare Corporation d/b/a The Hospitals of Providence" is not the appropriate defendant in this action. Tenet expressly agrees to substitution of the appropriate legal entity in this case: "Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus" and hereby files this unopposed Motion on behalf of that legal entity only.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**      Page 1
WSActiveLLP:114751942.1

5. This is the first request of this kind, and no party will be prejudiced by the relief sought herein.

6. Counsel for the parties have conferred about this Motion and the relief requested herein. Plaintiff is unopposed.

7. A proposed order is attached.

**WHEREFORE**, Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus respectfully requests that this Court grant its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff SEIU Texas' Complaint, and provide Tenet, up to and including **December 5, 2025**, within which to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

**FORDHARRISON LLP**

By:   */s/ David Roger Anderson*
David Roger Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
1601 Elm Street, Suite 4000
Dallas, TX 75201
Telephone:    (214) 256-4700
Facsimile:     (214) 256-4701

**ATTORNEY FOR DEFENDANT TENET HOSPITALS LIMITED dba THE HOSPITALS OF PROVIDENCE**

**CERTIFICATE OF CONFERENCE**

On November 18, 2025, the undersigned conferred with Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff is unopposed.

                                                        */s/ David R. Anderson*
                                                        David Roger Anderson

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I caused a true and correct copy of the above and foregoing ***Defendant's Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint*** to be electronically served, as follows:

Manuel Quinto-Pozos
DEATS DURST & OWEN PLLC
8140 N. Mopac Expy.
Suite 4-250
Austin, Texas 78759
mqp@ddollaw.com

**ATTORNEYS FOR PLAINTIFF**                       */s/ David R. Anderson*
                                                               David Roger Anderson