#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### EL PASO DIVISION

| | | |
|---|---|---|
| **SEIU TEXAS,** | § | |
|     *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION 3:25-CV-00400-KC** |
| **TENET HEALTHCARE** | § | |
| **CORPORATION dba THE** | § | |
| **HOSPITALS OF PROVIDENCE,** | § | |
|     *Defendant*. | § | |

### ORDER

Came before the Court to be considered, Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus's ("Tenet" or "Hospital") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Unopposed Motion"). Having considered the same, the Court **GRANTS** the Unopposed Motion. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** as follows:

Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus shall have up to and including **December 5, 2025** in which to file its answer or other responsive pleading to Plaintiff SEIU Texas' Complaint.

SIGNED this _____ day of _____, 2025.

_____
THE HONORABLE KATHLEEN CARDONE,
UNITED STATES DISTRICT JUDGE