# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **SEIU TEXAS,** § | |
| § | |
| **Plaintiff,** § | Civil Action No. 3:25-cv-00400-KC |
| § | |
| vs. § | |
| § | |
| **TENET HEALTHCARE CORPORATION** § | |
| **d/b/a THE HOSPITALS OF** § | |
| **PROVIDENCE** § | |
| § | |
| **Defendant.** § | |

## **ORDER**

Upon consideration of Defendant's Rule 12(b)(6) Motion to Dismiss and Brief in Support Thereof, any opposition thereto, any reply brief in support of same, and for good cause shown, it is hereby

ORDERED Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint be and hereby is GRANTED; and it is further

ORDERED Plaintiff's Complaint be and hereby is DISMISSED IN ITS ENTIRETY WITH PREJUDICE; and it is further

ORDERED that the Clerk of Court is directed to close this case.

SIGNED this _____ day of _____, 2025.

_____
THE HONORABLE KATHLEEN CARDONE,
UNITED STATES DISTRICT JUDGE

**ORDER –** Page Solo