IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **SEIU TEXAS,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:25-cv-00400-KC |
| | § | |
| vs. | § | |
| | § | |
| **TENET HEALTHCARE CORPORATION** | § | |
| **d/b/a THE HOSPITALS OF** | § | |
| **PROVIDENCE** | § | |
| | § | |
| Defendant. | § | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus ("Hospital")[1] makes the following corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The Hospital is a wholly owned subsidiary of Tenet Healthcare Corporation.

2. There are no other public entities that own more than 10% or more of the Hospital.

---

[1] Tenet Healthcare Corporation d/b/a The Hospitals of Providence is the wrong legal entity associated with this action. Tenet expressly agreed to substitution of the appropriate legal entity as a defendant in this case: "Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus".

2

Dated: December 5, 2025                    Respectfully submitted,

                                                       By:*/s/ David R. Anderson*
David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
**FORDHARRISON LLP**
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

Rachel Saady-Saxe
D.C. Bar No. 1738392
rsaxe@fordharrison.com
\* *Pro Hac Vice Admission Forthcoming*
**FORDHARRISON LLP**
2000 M Street, N.W., Suite 505
Washington, D.C. 20036
Telephone: (202) 719-2015
Facsimile: (202) 719-2077

**ATTORNEYS FOR DEFENDANT TENET HOSPITALS LIMITED D/B/A THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS**