UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

SEIU Texas

vs.

Tenet Healthcare Corporation d/b/a The
Hospitals of Providence

Case No.: 3:25-cv-00400-KC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Rachel Saady-Saxe__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Tenet Healthcare Corporation d/b/a The Hospitals of Providence__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __FordHarrison LLP__ with offices at:

    Mailing address: __2000 M Street, NW, Suite 505__

    City, State, Zip Code: __Washington, DC 20036__

    Telephone: __(202) 719-2015__    Facsimile: __(202) 719-2077__

2. Since __February 10, 2021__, Applicant has been and presently is a member of and in good standing with the Bar of the __District of Columbia__.

    Applicant's bar license number is __1738392__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | US Dist. Ct. District of Columbia | 6/2/25 |
    | Superior Court for the District of Columbia | 2/10/21 |
    | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

 Number: _____ on the _____ day of _____, _____.
 Number: _____ on the _____ day of _____, _____.
 Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

   YES

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: David Anderson

Mailing address: FordHarrison LLP, 1601 Elm Street, Suite 4000

City, State, Zip Code: Dallas, TX 75201

Telephone: (214) 256-4711

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Rachel Saady-Saxe to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Rachel Saady-Saxe
[printed name of Applicant]

*/s/ Rachel Saady-Saxe*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of December, 2025.

Rachel Saady-Saxe
[printed name of Applicant]

*/s/ Rachel Saady-Saxe*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

SEIU Texas

vs.                                                       Case No.:  3:25-cv-00400-KC

Tenet Healthcare Corporation d/b/a The
Hospitals of Providence

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Rachel Saady-Saxe__, counsel for __Tenet Healthcare Corporation d/b/a The Hospitals of Providence__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Rachel Saady-Saxe__ may appear on behalf of __Tenet Healthcare Corporation d/b/a The Hospitals of Providence__ in the above case.

IT IS FURTHER ORDERED that __Rachel Saady-Saxe__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
United States District Judge