UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>         Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>         Defendant | CIVIL ACTION NO. 3:25-cv-400 |

### PLAINTIFF SEIU TEXAS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

COMES NOW Plaintiff SEIU Texas and respectfully files this Motion to Extend its deadline to respond to Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and would show as follows:

1. Defendant filed a Motion to Dismiss on Friday, December 5, 2025.

2. Under Local Rule CV-7(d)(2), the Plaintiff's response is due 14 days from the filing of the Plaintiff's motion, which is not a discovery motion. Thus, the Plaintiff's deadline to file a response is Friday, December 19, 2025.

3. The Plaintiff seeks an extension because Plaintiff's lead counsel has been engaged in briefing in two separate appellate matters pending in Texas state courts, as well as in pursuing several federal and state administrative agency matters. These matters will continue to place demands on Plaintiff's lead counsel for the next month.

4. Additionally, the Christmas and New Year holidays will impact the availability of both Plaintiff's counsel and Plaintiff's representatives who need to provide information necessary for Plaintiff to formulate a response to the Defendant's motion.

5. The Plaintiff respectfully requests a three-week extension, or until Friday, January 9, 2026, to file a response to Defendant's 12(b)(6) motion.

6. This motion is not being filed for the purpose of delay.

1

7. The undersigned Plaintiff's counsel certifies he has conferred with Defendant's counsel about the substance of this motion, and Defendant's counsel has indicated Defendant does not oppose the motion.

WHEREFORE, the Plaintiff respectfully requests that the Court grant the Plaintiff's motion, extending the Plaintiff's response deadline until January 9, 2026.

Respectfully submitted,

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), the undersigned certifies that he conferred with Defendant's counsel regarding the substance of this motion. Defendant's counsel indicated that Defendant does not oppose the motion.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 15th day of December, 2025.

David Anderson
FORD HARRISON
danderson@fordharrison.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

2