**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| SEIU TEXAS<br>    Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>    Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## ORDER

CAME TO BE HEARD Plaintiff's Motion to Extend its deadline to respond to Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Court finds that the Motion for Extension is well-taken and is therefore GRANTED.

It is ORDERED that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is reset to January 6, 2026.

SO ORDERED this _____ day of December, 2025.

_____
HON. KATHLEEN CARDONE
U.S. DISTRICT JUDGE

1