UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>　　　　Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>　　　　Defendant | CIVIL ACTION NO. 3:25-cv-400 |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE U.S. DISTRICT JUDGE:

Plaintiff SEIU Texas respectfully moves for leave to amend the Original Complaint filed in this case. In support thereof, Plaintiff states that Defendant has responded to the Original Complaint by filing a Motion to Dismiss under FRCivP 12(b)(6). Plaintiff desires to amend its complaint to clarify matters raised in the Defendant's motion. The Amended Complaint is attached as Exhibit A to this motion.

Local Rule CV-15 ("Amendment of Pleadings") states as follows:

(a) Notwithstanding the time limits provided in Rule CV-7, a party may respond to a first motion under Federal Rule of Civil Procedure 12(b) by filing an amended pleading as a matter of course not later than 21 days after the filing of the motion. See Fed. R. Civ. P. 15.

(b) A party that is entitled to amend its pleadings as a matter of course pursuant to Federal Rule of Civil Procedure 15 may do so without the necessity of filing a motion for leave to amend.

For its part, Federal Rule of Civil Procedure 15 ("Amended and Supplemental Pleadings"), under subsection (a) ("Amendments Before Trial"), states:

(1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course no later than:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

1

On December 15, 2025, the Court granted the Plaintiff's unopposed motion extending its deadline to respond to Defendant's Motion to Dismiss Under Rule 12(b)(6). Defendant's current deadline is today, January 9, 2026.

Plaintiff respectfully argues that, pursuant to Local Rule CV-15 and Federal Rule of Civil Procedure 15, it is entitled to amend its complaint as a matter of course. However, the Plaintiff files this motion out of an abundance of caution. Defendant does not oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests that this motion be granted, and that the Amended Complaint attached hereto be accepted for filing.

*Respectfully submitted,*

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
8140 N. Mopac Expy.
2901 Bee Caves Road
Suite 4-250L
Austin, Texas 7875978746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff has conferred with counsel for the Defendant regarding the filing of this motion. Defendant does not oppose the motion.

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 9th day of January, 2026.

David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com

FORDHARRISON LLP
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

Rachel Saady-Saxe
D.C. Bar No. 1738392
rsaxe@fordharrison.com
FORDHARRISON LLP
2000 M Street, N.W., Suite 505
Washington, D.C. 20036
Telephone: (202) 719-2015
Facsimile: (202) 719-2077

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos