# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>　　　Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>　　　Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## FIRST AMENDED COMPLAINT

### INTRODUCTION

Plaintiff SEIU Texas, a labor organization representing some of Defendant's employees at the Hospitals of Providence – Sierra Campus in El Paso, seeks to arbitrate a dispute between the parties pursuant to their collective bargaining agreement ("CBA") and its arbitration provisions.

During the parties' negotiations leading to the CBA, the parties agreed that the employees SEIU Texas represents and who are covered by the CBA would receive a bonus payment upon ratification of the agreement. However, when Defendant disbursed the bonus payment to its employees, it excluded some of the employees SEIU Texas represents and who are covered by the CBA. SEIU Texas raised the dispute via the CBA's grievance and arbitration procedure, but Defendant has refused to participate in the procedure. SEIU Texas seeks relief from the Court in the form of an order directing the Defendant to arbitrate the dispute between the parties.

### JURISDICTION

1.　　This action arises under Section 301 of the Labor Management Relations Act, as amended (LMRA), 29 U.S.C. §185, *et seq.* This Court has jurisdiction pursuant to 28 U.S.C. §1331 and 1337.

2.　　Venue lies within the El Paso Division of the Western District of Texas as it was

1

within this District and Division that the acts complained of occurred.

3. Plaintiff, SEIU Texas ("the Union"), is an unincorporated not-for-profit association organized and operated for the purpose of collectively representing persons employed by the Defendant within this District and Division and other employers in Texas. The Union is a labor organization within the meaning of 29 U.S.C. §185(b) and represents employees in an industry affecting commerce within the meaning of 29 U.S.C. §185(b).

4. Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus is a non-profit corporation engaged in providing healthcare services in the city and counties of El Paso within the State of Texas. The Defendant is an "employer" within the meaning of 29 U.S.C.§152(2) and is engaged in commerce and in an industry affecting commerce within the meaning of 29 U.S.C. §152(6) and (7).

5. On or about November 14, 2022, SEIU Texas filed petitions with the National Labor Relations Board ("NLRB"), requesting that the NLRB hold an election among Defendant's employees in certain job classifications employed at 1625 Medical Center Dr., El Paso, TX, 79902, to determine whether the employees wished to be represented by SEIU Texas as their exclusive representative for purposes of collective bargaining over wages, hours and terms and conditions of employment. As required to do so, SEIU Texas listed the job classifications it sought to include in the "bargaining units" that would vote in the election and, if a majority voted in the affirmative, to be represented by SEIU Texas.

6. In its NLRB petitions, SEIU Texas requested that one bargaining unit ("combined unit") include the following job classifications:

| | |
|---|---|
| Anesthesia Tech | Distribution Tech |
| Biomed Tech | ECHO Technologist |
| Charge Management Coordinator | EEG Tech |
| Clerk | EKG Tech |
| CV Tech | Endoscopy Tech |
| Department Secretary | Equipment Tech |

2

| | |
|---|---|
| Histology Technologist | Pharmacy Tech |
| Instrument Tech | Procedural Scheduler |
| Laboratory Assistant | Procedural Scheduling Coordinator |
| Linen Attendant | Procedural Scheduling Lead |
| LPTA | PT/OT Rehab Tech |
| Maintenance Mechanic | Pulmonary Tech |
| Medical Lab Tech | Radiologic Technologist |
| Monitor Tech | Respiratory Practitioner |
| MRI Technologist | Stress Tech |
| Nuclear Medicine Technologist | Surgical Cert Tech |
| Nursing Assistant | Surgical Coordinator |
| OR Supply Clerk | Surgical Tech |
| Orthopedic Tech | Transport/Courier |
| Outpatient Lab Coordinator | Ultrasound Technologist |
| Outpatient Tech | Unit Secretary |
| Patient Care Tech | |

7. SEIU Texas also requested that a separate bargaining unit ("professional unit") include the following job classifications:

| | |
|---|---|
| Advanced Radiology Tech | Pharmacist |
| Certified Surgical Tech | Physical Therapist |
| Discharge Planner | Rehab Admissions Coordinator |
| Exercise Physiologist | Respiratory Therapist |
| Lead MRI Tech | Special Procedure Tech |
| Lead Radiology Tech | Speech Language Pathologist |
| Medical Lab Scientist | Speech Therapist |
| Occupational Therapist | Social Worker |

8. On or about December 7, 2022, Plaintiff and Defendant signed a "Consent Election Agreement," which was approved by the Regional Director of Region 28 of the National Labor Relations Board. In that agreement, the Plaintiff and Defendant agreed that the following job classifications employed at 1625 Medical Center Dr., El Paso, TX, 79902, would vote in the election to determine whether employees in the classifications would be represented by SEIU Texas as their labor organization:

> **INCLUDED**: All full-time and regular part-time (including per diem employees who worked a minimum of 120 hours in either of the two 12-week periods preceding the election) Service & Maintenance, Skilled Maintenance, and Technical employees, employed by the Employer at 1625 Medical Center Drive in El Paso, Texas, in the following job classifications: Anesthesia Tech, Biomed Tech, Charge Management Coordinator, Centralized Scheduling Clerk, CV Tech, PCU Department Secretary, Distribution Tech, ECHO

Technologist, EEG Tech, EKG Tech, Endoscopy Tech, Equipment Tech, Histology Technologist, Instrument Tech, Laboratory Assistant, Linen Attendant, LPTA, Maintenance Mechanic, Medical Lab Tech, Monitor Tech, MRI Technologist, Nuclear Medicine Technologist, Nursing Assistant, OR Supply Clerk, Orthopedic Tech, Outpatient Lab Coordinator, Outpatient Tech, Patient Care Tech, Pharmacy Tech, Procedural Scheduler, Procedural Scheduling Coordinator, Procedural Scheduling Lead, PT/OT Rehab Tech, Pulmonary Tech, Radiologic Technologist, Respiratory Practitioner, Stress Tech, Certified Surgical Tech, Surgical Coordinator, Surgical Tech, Transport/Courier, Ultrasound Technologist, Unit Secretary, Lead CT Tech, Lead Ultrasound Tech, Certified Sterile Processing Tech, Advanced Radiology Tech, Lead MRI Tech, Lead Radiology Tech, Respiratory Therapist, Special Procedure Tech.

**EXCLUDED**:  All other employees employed by the Employer, including all Registered nurses, physicians, professional employees, business office clerical employees, managerial employees, confidential employees, and guards and supervisors as defined by the Act.

9. As required by law, Defendant provided the NLRB and SEIU Texas with the names and contact information of all employees employed at 1625 Medical Center Dr., El Paso, TX, 79902, in the job classifications above, including several employees listed under the classifications "EEG," "Histology Techno," "Monitor Tech" and "Nursing Assistant."

10. Pursuant to the parties' Consent Election Agreement, an election was held at 1625 Medical Center Dr., El Paso, TX, 79902, during which the employees in the job classifications included above voted to be represented by SEIU Texas as their labor representative.

11. On or about July 11, 2023, the Regional Director of Region 28 of the National Labor Relations Board, issued a "Certification of Representative" certifying SEIU Texas as the labor representative of Defendant's employees in the following classifications:

UNIT: All full-time and regular part-time (including per diem employees who worked a minimum of 120 hours in either of the two 12-week periods preceding the election) Service & Maintenance, Skilled Maintenance, and Technical employees, employed by the Employer at 1625 Medical Center Drive in El Paso, Texas, in the following job classifications: Anesthesia Tech, Biomed Tech, Charge Management Coordinator, Centralized Scheduling Clerk, CV Tech, PCU Department Secretary, Distribution Tech, ECHO Technologist, EEG Tech, EKG Tech, Endoscopy Tech, Equipment Tech, Histology Technologist,

4

Instrument Tech, Laboratory Assistant, Linen Attendant, LPTA, Maintenance Mechanic, Medical Lab Tech, Monitor Tech, MRI Technologist, Nuclear Medicine Technologist, Nursing Assistant, OR Supply Clerk, Orthopedic Tech, Outpatient Lab Coordinator, Outpatient Tech, Patient Care Tech, Pharmacy Tech, Procedural Scheduler, Procedural Scheduling Coordinator, Procedural Scheduling Lead, PT/OT Rehab Tech, Pulmonary Tech, Radiologic Technologist, Respiratory Practitioner, Stress Tech, Certified Surgical Tech, Surgical Coordinator, Surgical Tech, Transport/Courier, Ultrasound Technologist, Unit Secretary, Lead CT Tech, Lead Ultrasound Tech, Certified Sterile Processing Tech, Advanced Radiology Tech, Lead MRI Tech, Lead Radiology Tech, Respiratory Therapist, Special Procedure Tech; excluding all other employees employed by the Employer, including all Registered nurses, physicians, professional employees, business office clerical employees, managerial employees, confidential employees, and guards and supervisors as defined by the Act.

12. Following the NLRB's certification of SEIU Texas as the representative of the employees in these job classifications, the parties engaged in collective bargaining.

13. During the parties' collective bargaining discussions, SEIU Texas requested and, as required by the National Labor Relations Act, Defendant provided information pertaining to its employees working in the job classifications listed above at the 1625 Medical Center Dr., El Paso, TX, 79902, location. Among the information that Defendant provided were the names of employees included in the job classifications listed above. The Defendant provided the names of these employees on or about the following dates: September 11, 2023, September 25, 2023, March 2024 and September 17, 2024.

14. Following their collective bargaining negotiations, Plaintiff and Defendant entered into and executed a written collective bargaining agreement pertaining to the wages, hours and terms and conditions of s Defendants' employees employed at 1625 Medical Center Dr., El Paso, TX, 79902, in the job classifications listed above. The CBA includes a "Recognition" article, specifying the job classifications covered by the agreement:

> All full-time and regular part-time (including per diem employees who worked a minimum of 120 hours in either of the two 12-week periods preceding the election) Service & Maintenance, Skilled Maintenance, and Technical employees, employed by the Employer at 1625 Medical Center Drive in El Paso, Texas, in the following job classifications: Anesthesia Tech, Biomed Tech,

5

Charge Management Coordinator, Centralized Scheduling Clerk, CT Tech, CV Tech, PCU Department Secretary, Distribution Tech, ECHO Technologist, EEG Tech, EKG Tech, Endoscopy Tech, Equipment Tech, Histology Technologist, Instrument Tech, Laboratory Assistant, Linen Attendant, LPTA, Maintenance Mechanic, Medical Lab Tech, Monitor Tech, MRI Technologist, Nuclear Medicine Technologist, Nursing Assistant, OR Supply Clerk, Orthopedic Tech, Outpatient Lab Coordinator, Outpatient Tech, Patient Care Tech, Pharmacy Tech, Procedural Scheduler, Procedural Scheduling Coordinator, Procedural Scheduling Lead, PT/OT Rehab Tech, Pulmonary Tech, Radiologic Technologist, Respiratory Practitioner, Stress Tech, Certified Surgical Tech, Surgical Coordinator, Surgical Tech, Transport/Courier, Ultrasound Technologist, Unit Secretary, Lead CT Tech, Lead Ultrasound Tech, Certified Sterile Processing Tech, Advanced Radiology Tech, Lead MRI Tech, Lead Radiology Tech, Respiratory Therapist, and Special Procedure Tech.

(Excerpts of the collective bargaining agreement are annexed as Exhibit A).

15. The CBA includes a grievance procedure which provides for full and binding arbitration of disputes (A copy of said grievance and arbitration mechanism is annexed as Exhibit A).

16. In connection with the parties' negotiation of a collective bargaining agreement, the parties agreed that the Defendant would pay employees covered by the collective bargaining agreement a "ratification bonus" during the pay period beginning December 1, 2024. (A copy of the parties' ratification bonus agreement is annexed as Exhibit B).

17. Defendant paid the ratification bonus to the overwhelming majority of its employees at the 1625 Medical Center Drive in El Paso, Texas, location in the job classifications above, with a few exceptions.

18. On or about January 17, 2025, the Union filed a grievance pursuant to the grievance and arbitration mechanism asserting that the Defendant's refusal to pay a "ratification bonus" to some of Defendant's employees covered by the collective bargaining agreement was a violation of the collective bargaining agreement (A copy of the Grievance is attached as Exhibit C. The document has been redacted to omit the names of Defendant's

6

employees).

19. On or about February 14, 2025, the Union informed the Defendant that it would proceed to arbitration with this grievance. (A copy of the Arbitration Notice is attached hereto as Exhibit D. The document has been redacted to omit the personal cell phone number of a Union representative).

20. On March 21, 2025, the Defendant informed the Union it would pay the ratification bonus to some, but not all, employees covered by the collective bargaining agreement and grievance, and that it would not arbitrate the dispute. (A copy of the Defendant's arbitration refusal is attached hereto as Exhibit E. The document has been redacted to omit the names of Defendant's employees, the personal cell phone number of a Union representative, and information that the parties consider confidential).

21. Since on or about March 21, 2025, the Defendant has failed and refused to arbitrate this dispute (Exhibit E).

22. The employees covered by SEIU Texas' grievance and arbitration request are employees who, during the parties' collective bargaining negotiations, the Defendant included in its responses to SEIU Texas' requests for information, and whom the Defendant listed as working in job classifications included in the bargaining unit specified above, including but not limited to "Histology Techno," "Monitor Tech" and "Nursing Assistant." Furthermore, at least one of these employees was a member of SEIU Texas' bargaining committee (which was limited to employees in the bargaining unit). Therefore, the parties' collective bargaining agreement (including the parties' ratification bonus side letter and arbitration agreement) covers these employees.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully requests that this Court:

a. Assume jurisdiction of this case;

b. Order the Defendant to proceed to arbitration of this grievance.

c. Award Plaintiff reasonable attorneys' fees and all expenses and costs incurred in bringing this action;

d. Grant the Plaintiff such other relief as may be just and proper.

Respectfully submitted,

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Road
Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 9th day of January, 2026.

David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
FORDHARRISON LLP
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

Rachel Saady-Saxe
D.C. Bar No. 1738392
rsaxe@fordharrison.com
FORDHARRISON LLP
2000 M Street, N.W., Suite 505
Washington, D.C. 20036
Telephone: (202) 719-2015
Facsimile: (202) 719-2077

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos