UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>        Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>        Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

The Court hereby grants the Plaintiff's unopposed motion for leave to amend its Complaint. The clerk is ordered to file the Plaintiff's First Amended Complaint attached as Exhibit A to the motion for leave to amend.

Signed this _____ day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE