UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>    Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>    Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, SEIU Texas, Plaintiff, and respectfully files this Response to Defendant's Motion to Dismiss and would show as follows.

Concurrent with the filing of this response, SEIU Texas is filing a Motion to Amend its complaint, along with a First Amended Complaint. In the First Amended Complaint, SEIU Texas addresses the arguments Defendant raised in its motion. Namely, the First Amended Complaint specifies the work location of the employees SEIU Texas represents and who are involved in the present dispute between the parties. Secondly, the First Amended Complaint expands on SEIU Texas' allegations that the employees in this dispute are in the bargaining unit that SEIU Texas represents at Defendant's Providence Hospital – Sierra campus location.

As such, Defendant's Motion to Dismiss is moot. SEIU Texas respectfully requests that the Court deny Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Road
Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

1

2

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 9th day of January, 2026.

    David R. Anderson
    Texas Bar No. 24128388
    danderson@fordharrison.com
    FORDHARRISON LLP
    1601 Elm Street, Suite 4000
    Dallas, Texas 75201
    Telephone: (214) 256-4700
    Facsimile: (214) 256-4701

    Rachel Saady-Saxe
    D.C. Bar No. 1738392
    rsaxe@fordharrison.com
    FORDHARRISON LLP
    2000 M Street, N.W., Suite 505
    Washington, D.C. 20036
    Telephone: (202) 719-2015
    Facsimile: (202) 719-2077

                                                /s/ Manuel Quinto-Pozos
                                                Manuel Quinto-Pozos