UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>    Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>    Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

CAME TO BE HEARD Defendant's Motion to Dismiss Under Rule 12(b)(6). The Court has considered the Motion and the Plaintiff's Response. The Court has granted the Plaintiff's Motion for Leave to Amend its petition.

In light of the Plaintiff's Amended Petition, the Defendant's Motion to Dismiss is hereby DENIED AS MOOT.

Signed this _____ day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

1