# DEATS, DURST & OWEN P.L.L.C.

Attorneys & Counselors

2901 Bee Caves Rd
Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (Fax)

Martha P. Owen [Of Counsel]
Matt Bachop
Manuel Quinto-Pozos
Philip Durst (1956-2019)

January 9, 2026

VIA EFILING

U.S. District Clerk's Office
Western District of Texas - El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

    RE:    Erroneously Omitted Exhibits to Plaintiff's First Amended Comlaint
               *SEIU Texas v. Tenet Healthcare Corporation d/b/a The Hospitals of Providence* (Case No. 3:25-cv-400-KC)

Dear Clerk of Court,

Please see the attached exhibits, which I erroneously omitted from the Plaintiff's First Amended Complaint (docket entry 11).

Please do not hesitate to contact me if there are any questions.

                            Respectfully,

                            /s/ Manuel Quinto-Pozos
                            Manuel Quinto-Pozos
                            *Attorney for Plaintiff SEIU Texas*

Encl.

## CERTIFICATE OF SERVICE

    I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 9th day of January, 2026.

| | |
|---|---|
| David R. Anderson | Rachel Saady-Saxe |
| Texas Bar No. 24128388 | D.C. Bar No. 1738392 |
| danderson@fordharrison.com | rsaxe@fordharrison.com |
| FORDHARRISON LLP | FORDHARRISON LLP |
| 1601 Elm Street, Suite 4000 | 2000 M Street, N.W., Suite 505 |
| Dallas, Texas 75201 | Washington, D.C. 20036 |
| Telephone: (214) 256-4700 | Telephone: (202) 719-2015 |
| Facsimile: (214) 256-4701 | Facsimile: (202) 719-2077 |

                            /s/ Manuel Quinto-Pozos
                            Manuel Quinto-Pozos

