# AGREEMENT

## Between

## THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS

## and

## SERVICE EMPLOYEES INTERNATIONAL UNION TEXAS

November 21, 2024

through

March 31, 2027

### PREAMBLE

In order to promote employees, the Union and the Facility working together to improve the quality of healthcare and the working environment, the Hospital and the Union execute this Collective Bargaining Agreement.

It is the mutual intent of the parties that the Employer and its management, and employees and their Union representatives, treat each other with dignity, respect, courtesy, and trust. The provisions of this Agreement are intended to further these goals.

The provisions of this Preamble are not subject to the grievance procedure.

### ARTICLE 1
### RECOGNITION

Pursuant to an election conducted between December 19, 2022, and January 9, 2023, NLRB Case No. 28-RC-307205, the facility recognizes the Union as the exclusive collective bargaining representative of the employees in the following bargaining unit:

**Included:** All full-time and regular part-time (including per diem employees who worked a minimum of 120 hours in either of the two 12-week periods preceding the election) Service & Maintenance, Skilled Maintenance, and Technical employees, employed by the Employer at 1625 Medical Center Drive in El Paso, Texas, in the following job classifications: Anesthesia Tech, Biomed Tech, Charge Management Coordinator, Centralized Scheduling Clerk, CT Tech, CV Tech, PCU Department Secretary, Distribution Tech, ECHO Technologist, EEG Tech, EKG Tech, Endoscopy Tech, Equipment Tech, Histology Technologist, Instrument Tech, Laboratory Assistant, Linen Attendant, LPTA, Maintenance Mechanic, Medical Lab Tech, Monitor Tech, MRI Technologist, Nuclear Medicine Technologist, Nursing Assistant, OR Supply Clerk, Orthopedic Tech, Outpatient Lab Coordinator, Outpatient Tech, Patient Care Tech, Pharmacy Tech, Procedural Scheduler, Procedural Scheduling Coordinator, Procedural Scheduling Lead, PT/OT Rehab Tech, Pulmonary Tech, Radiologic Technologist, Respiratory Practitioner, Stress Tech, Certified Surgical Tech, Surgical Coordinator, Surgical Tech, Transport/Courier, Ultrasound Technologist, Unit Secretary, Lead CT Tech, Lead Ultrasound Tech, Certified Sterile Processing Tech, Advanced Radiology Tech, Lead MRI Tech, Lead Radiology Tech, Respiratory Therapist, and Special Procedure Tech.

**Excluded:** All other employees, confidential employees, physicians, residents, central business office employees (whether facility based or not) who are solely engaged in qualifying or collection services or are employed by another Tenet entity, such as Syndicated Office

Systems or Patient Financial Services, employees of outside registries and other agencies supplying labor to the Employer, already represented employees, guards, and supervisors as defined in the Act.

The Employer agrees not to, and expressly waives any right it may have to, withdraw recognition concerning, petition for unit clarification concerning, or in any other way challenge, the inclusion in the bargaining unit of classifications or job titles which are currently included in the unit on the grounds that they are or may be supervisors or supervisory, subject to any changes in the law under the National Labor Relations Act. Upon request by either party, the employer and the Union shall meet and confer regarding changes in National Labor Relations Act law in this area and the effects of such changes on bargaining unit classifications.

## ARTICLE 2
## MANAGEMENT RIGHTS

Subject to the laws and regulations governing the healthcare industry, the Facility retains, solely and exclusively, all the rights, powers and authority exercised or possessed by it prior to the execution of this Agreement, except as expressly limited, delegated or deleted by a provision of this Agreement. Without limiting the generality of the foregoing, the rights, powers and authority retained solely and exclusively by the Facility and not abridged by the Agreement include, but are not limited to, the following: (i) to manage, direct and maintain the efficiency of its business and personnel, (ii) to manage and control its departments, buildings, facilities, equipment and operations; (iii) to prohibit employee use of employer equipment, including email and IT resources for non-business related purposes; (iv) to create, change, combine or abolish jobs, departments and facilities in whole or in part; (v) to subcontract or discontinue work for business, economic, medical reasons; (vi) to utilize personnel from nursing registries or other temporary help agencies; (vii) to direct the work force; (viii) to increase or decrease the work force; (ix) to determine staffing patterns and levels and the number of employees needed (x) to lay off employees; (xi) to hire, transfer and promote employees; (xii) to demote, suspend, discipline and discharge employees; (xiii) to maintain the discipline and efficiency of its employees; (xiv) to establish work standards and schedules of operations; (xv) to specify or assign work requirements and overtime; (xvi) to assign work and decide which employees are qualified to perform such work; (xvii) to determine working hours, shift assignments, and days off; (xviii) to adopt, establish, change or rescind policies, guidelines, procedures and rules of conduct, appearance and safety, and penalties for violations thereof; (xix) to determine the type and scope of work to be performed and for the services to be provided to patients; (xx) to determine whether work will be assigned to bargaining unit employees or other employees; (xxi) to determine the methods, processes, means and places of providing service to patients; (xxii) to determine the quality of patient services; (xxiii) to acquire and dispose of equipment and facilities; (xxv) to install or maintain security devices to provide for hospital security; (xxiv) to determine the places where work will be performed (xxvi) to hire temporary employees for designated periods of time (xxvii) to pay wages and benefits in excess of those required by this Agreement; (xxviii) to effect

# ARTICLE 19
# GRIEVANCE PROCEDURE

## A. DEFINITION

A grievance is defined as a dispute as to the interpretation, meaning or application of a specific provision of this Agreement.

## B. PROCEDURE

Grievances shall be processed in accordance with the procedure set forth below:

### STEP 1

An employee should make a reasonable effort to resolve the possible grievance informally in a discussion with her/his immediate supervisor. If an employee is unable to resolve the possible grievance, the Union steward (if requested by the employee) and employee will have a discussion with the immediate supervisor. This requirement must be satisfied before a written grievance is submitted at Step 2.

### STEP 2

If the grievance cannot be resolved informally, it shall be reduced to writing and submitted to the Human Resources Director or designee within thirty (30) calendar days after the employee had or should have had knowledge of the event which caused the grievance.

The written grievance must (1) allege the violation of a specific provision or provisions of this Agreement, and (2) set forth all factual grounds upon which the allegation is based.

Within ten (10) calendar days after receipt of the written grievance, a meeting shall be held with the Human Resources Director or designee to discuss the grievance. The union may request in writing at least three (3) days in advance of the meeting that the supervisor/manager involved be present for the meeting. The Director of Human Resources or designee has discretion to include the supervisor/manager (or not) based on the specific circumstances of the grievance. The grievant, the Union steward and a Union representative may be present at the meeting. Within ten (10) calendar days after the meeting, the Facility's designated representative shall respond to the grievance in writing.

### STEP 3

If the grievance is not resolved at Step 2, the designated SEIU representative may reach out to the Tenet Labor Relations Representative to discuss the issue within five (5)

business days. If the grievance is not resolved at that point, the Union may submit the grievance to arbitration by notifying the Facility in writing of its intent to do so. In order to be timely, the Union's notice must be received by the Facility within fourteen (14) calendar days after the Union's receipt of the Facility's Step 2 response. Prior to scheduling the arbitration, the Union's designated representative and a representative designated by the Facility may meet to review and attempt to resolve the grievance.

**C.     ARBITRATION**

The following procedure shall apply if a grievance is submitted to arbitration:

    1.     An impartial arbitrator shall be selected by mutual agreement from the following panel of arbitrators:

> Michael Prihar
> Louise Wolitz
> Pat Flynn
> Eric Nelson
> Sarah Espinosa

The parties will select an arbitrator by alternately striking names from the list until one arbitrator remains. The selection of the arbitrator must be completed no later than thirty (30) calendar days from receipt by the Facility of the appeal to arbitration.

    2.     A hearing on the grievance shall be held at a time and place designated by the arbitrator, at which the Facility and the Union shall present their respective positions, evidence and arguments. The sole parties to the arbitration proceeding shall be the Facility and the Union. The arbitrator's decision shall be rendered in writing and shall be final and binding on the parties and on all affected bargaining unit employees. It shall be issued not more than thirty (30) calendar days after the close of the hearing or the filing of briefs, whichever is later.

    3.     The arbitrator's authority is derived from this Agreement and his/her jurisdiction is limited to the interpretation and application thereof. He/she shall not have authority to (a) amend or modify any provision of this Agreement; or (b) render an award on any grievance arising before the effective date (excluding grievances brought pursuant to the Interim Grievance Procedure), or after the termination date.

    4.     The fee and expenses of the arbitrator, the court reporter's appearance fee, and the cost of mutual facilities shall be borne equally by the Facility and the Union.

### D.     TIME LIMITS

The time limits and other procedural requirements set forth in this Article must be strictly adhered to unless mutually extended by the express written agreement of the Union and the Facility.

If the Facility fails to respond to a grievance within the time limits set forth in this Article, the grievance may be appealed immediately to the next step. In the event of a failure by the grievant or the Union to adhere to any of such requirements, the grievance shall be resolved on the basis of the Facility's last response. In the event of a dispute over whether the grievant or the Union has failed to adhere to any of such requirements, the arbitrator shall make that determination.

### E.     MISCELLANEOUS

The parties agree that nothing in this Article shall affect the enforceability of any employee's existing agreement to be bound by the Tenet Fair Treatment Process ("FTP") with respect to any dispute not otherwise arbitrable under this Agreement.

## ARTICLE 20
## WORK STOPPAGE

### A.     PROHIBITED ACTIVITY

During the term of this Agreement, neither the Union nor its agents or representatives, nor any employees, individually or collectively, shall call, sanction, support or participate in any strike, work stoppage, picketing, boycott, sit-down, sickout or slow-down, or any refusal to cross a picket line at or enter the Facility's premises, or any other interference with any of the Facility's services or operations, or with the movement or transportation of goods to or from the Facility's premises.

### B.     WAIVER BY UNION

The prohibitions of this Article are intended to apply regardless of the motivation for the strike or other conduct. By way of illustration only, this article expressly prohibits (1) sympathy strikes (individual or concerted failure to cross a picket line established by another labor organization or by members of another bargaining unit); (2) strikes over disputes that are not subject to arbitration: and (3) strikes in protest of alleged violations of state or federal law. Any statutory right under the National Labor Relations Act which an employee may otherwise have to engage in such conduct is hereby expressly waived by the Union.