**2023 CONTRACT NEGOTIATIONS**

The Hospitals of Providence – Sierra Campus
and
Service Employees International Union - Texas

---

Hospital Proposal November 14, 2024, Session 5

---

**Unpublished Side Letter re: Ratification Bonus:**

<u>Contingent upon ratification prior to November 22, 2024,</u> ~~The~~ <u>the</u> Hospital will pay each full-time and part-time employee who was in the bargaining unit and on the active payroll, or on an approved leave of absence, as of the date of ratification, and remains employed <u>during the pay period beginning December 1, 2024,</u> ~~as of the date of issuance of the Ratification Bonus,~~ a Ratification Bonus in the amount of ~~four~~ <u>five</u> hundred dollars ($~~400~~<u>500</u>.00).

*[Signatures: TA 11/14/24 @10:10B; TA HFW 11/14/24]*

Ex. B_Ratification Bonus Side Letter.pdf