

**Ben Diaz, MBA, MHM&LL**
Human Resources Director
Sierra Campus – Administration
1625 Medical Center Dr.
El Paso, TX 79902
O: 915.747.2183 / M:  915.269.9859

February 14, 2024

**Re: Arbitration Notice, Grievance Regarding Ratification Bonus - The Hospitals of Providence - Sierra Campus**

Mr. Diaz,

This letter is to serve as notice of the Union's intent to advance the above referenced grievance to arbitration per the article pertaining to Grievance Procedure in the current collective bargaining agreement between The Hospitals of Providence - Sierra Campus and SEIU Texas.

We will be contacting you to select an arbitrator and a hearing date. Please feel free to contact me at (█████████) or at jaime.abeytia@seiutx.org should you have any questions.


Sincerely,

*Jaime R. Abeytia*
Jaime Abeytia,
Organizer, Healthcare Division
SEIU Texas


SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW,CLC

4299 San Felipe St., Suite 2000
Houston, TX 77027
Office: 713-514-0005

1280 Hawkins Blvd., Suite 202
El Paso, TX 79925

Office: 915-213-3699

Ex. D_Notice of Intent to Arbitrate - Sierra_Redacted2.pdf