From: **Staples, Chad** Chad.Staples@tenethealth.com
Subject: Re: Panel Selection
Date: March 21, 2025 at 7:23 AM
To: Jaime Abeytia jaime.abeytia@seiutx.org

Hi Jaime,

After giving this matter additional thought, and as it relates to our previous conversations surrounding the ratification bonus grievance, below is where we currently stand:

Please be advised that we will be paying the bonus to ███████, ████████, ████████, ████████, ████████ and ████████████.

We will not be paying the bonus to the following individuals who are unquestionably non-bargaining unit employees: ████████, ████████, ████████, ████████, and ████████. The Hospital will not arbitrate any claim regarding these individuals as they are not covered by the CBA. Moreover, the Hospital will consider any steps taken in furtherance of arbitrating such a claim to be a violation of the National Labor Relations Act ████ ████████████████████ for which it will seek all appropriate remedies.

Accordingly, upon payment of the bonuses to the employees identified above, the Hospital will consider this matter closed.

Thanks,
Chad

---

**From:** Jaime Abeytia <jaime.abeytia@seiutx.org>
**Sent:** Thursday, March 20, 2025 7:01 PM
**To:** Staples, Chad <Chad.Staples@tenethealth.com>
**Subject:** Panel Selection

Chad,

Are you available to strike a panel for arbitration tomorrow? If not, do you have an alternate date / time that works?

--

In Solidarity,

*Jaime R. Abeytia*

**Jaime R. Abeytia**
**Organizer - Healthcare Division**
**SEIU TEXAS**

jaime.abeytia@seiutx.org
Mobile ████████

Sent from my iPhone

Apologies for brevity and mistakes in spelling or grammar.