IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SEIU TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-400-KC |
| | § | |
| TENET HEALTHCARE | § | |
| CORPORATION, d/b/a THE | § | |
| HOSPITALS OF PROVIDENCE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the case. Pursuant to the Court's Standing Order on Pretrial Deadlines, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within forty-five days after the appearance of a defendant. Defendant filed its Motion to Dismiss, ECF No. 7, on December 5, 2025. More than forty-five days have passed since that appearance, and the Court has received no notice of the parties' meeting.

Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines **no later than February 4, 2026**.

**SO ORDERED.**

SIGNED this 22nd day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE