IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS,<br><br>   Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE<br>CORPORATION, d/b/a THE<br>HOSPITALS OF PROVIDENCE,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§  CAUSE NO. EP-25-CV-400-KC<br>§<br>§<br>§<br>§<br>§<br>§ |

## SCHEDULING ORDER

The parties have submitted a Report of Parties' Planning Meeting, ECF No. 18. The Report of Parties' Planning Meeting is **ADOPTED** in part and the Court orders the following deadlines:

| | |
|---|---|
| Deadline to File Motions to Join Additional Parties: | February 27, 2026 |
| Plaintiff's Deadline to File Motions to Amend the Pleadings: | February 27, 2026 |
| Defendant's Deadline to File Motions to Amend the Pleadings: | March 27, 2026 |
| Plaintiff's Deadline to Designate Experts: | April 6, 2026 |
| Defendant's Deadline to Designate Experts: | June 26, 2026 |
| Discovery Deadline: | July 28, 2026 |
| Dispositive Motions Deadline: | August 28, 2026 |
| Trial: | January 29, 2027 |

**IT IS FURTHER ORDERED** that the parties' proposed deadlines relating to specific discovery deadlines (i.e., depositions of experts, etc.) set forth in the Report of Planning Meeting

are hereby adopted to the extent they are consistent with the deadlines above.  To the extent they are inconsistent, the parties are ordered to meet, confer, and arrange new deadlines consistent with the deadlines above.

**IT IS FURTHER ORDERED** that the parties shall participate in and complete a formal dispute resolution process by **no later than August 28, 2026**.

**IT IS FURTHER ORDERED** that the parties shall provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by **no later than May 28, 2026**.

**IT IS FURTHER ORDERED** that the parties submit to the Court a written report pursuant to Rule CV-88 of the Local Court Rules of the outcome of the alternative dispute resolution procedure ordered herein not later than three days after the conclusion of such procedure.

**SO ORDERED**.

**SIGNED** this 6th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE