UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>        Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>        Defendant | CIVIL ACTION NO. 3:25-cv-400 |

**PARTIES STIPULATED/AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

COME NOW Plaintiff SEIU Texas and Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus and respectfully file this Stipulated/Agreed Motion to Extend the Plaintiff's deadline to respond to Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and would show as follows:

1. Defendant filed a Motion to Dismiss on Monday, January 26, 2026.

2. Under Local Rule CV-7(d)(2), the Plaintiff's response is due 14 days from the filing of the Plaintiff's motion, which is not a discovery motion. Thus, the Plaintiff's deadline to file a response is Monday, February 9, 2026.

3. The Parties seek an extension because they have been in discussions regarding whether the Plaintiff's further amendment of its petition can address the Defendant's arguments raised in its motion to dismiss, thereby eliminating the necessity of briefing by the Parties and a ruling by the Court.

4. The Parties anticipate these discussions to conclude no later than Monday, February 16, 2026.

5. The Parties request an extension of the Plaintiff's deadline to file its response to the motion to dismiss to allow the Parties to focus their time and efforts on the discussions referenced above.

1

6. If the Parties' discussions do not result in the mooting or withdrawal of the Defendant's motion, the Plaintiff will require additional time to file its response to the motion.

7. Plaintiff's lead counsel will be engaged in briefing in an appellate matter pending in Texas state court, as well as in pursuing several federal and state administrative agency matters and union negotiations during the coming weeks.

8. Therefore, the Parties respectfully requests an eighteen-day extension, or until Friday, February 27, 2026, for the Plaintiff to file a response to Defendant's 12(b)(6) motion.

9. This motion is not being filed for the purpose of delay.

10. The undersigned Plaintiff's counsel certifies he has conferred with Defendant's counsel about the substance of this motion, and Defendant's counsel has indicated Defendant stipulates and agrees to the motion.

WHEREFORE, the Parties respectfully request that the Court grant this motion, extending the Plaintiff's response deadline until February 27, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ Manuel Quinto-Pozos | By: */s/ David R. Anderson* |
| Manuel Quinto-Pozos | David R. Anderson |
| Texas Bar No. 24170459 | Texas Bar No. 24128388 |
| DEATS DURST & OWEN PLLC | danderson@fordharrison.com |
| 2901 Bee Caves Rd., Suite L | FORDHARRISON LLP |
| Austin, TX 78746 | 1601 Elm Street, Suite 4450 |
| 512-474-6200 | Dallas, Texas 75201 |
| 512-474-7896 (fax) | Telephone:  (214) 256-4700 |
| mqp@ddollaw.com | Facsimile:  (214) 256-4701 |
| | |
| ATTORNEY FOR PLAINTIFF SEIU TEXAS | Rachel Saady-Saxe |
| | D.C. Bar No. 1738392 |
| | rsaxe@fordharrison.com |
| | * *Pro Hac Vice Admission* |
| | FORDHARRISON LLP |
| | 2000 M Street, N.W., Suite 505 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 719-2015 |
| | Facsimile: (202) 719-2077 |
| | |
| | ATTORNEYS FOR DEFENDANT TENET HOSPITALS LIMITED D/B/A THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), the undersigned certifies that he conferred with Defendant's counsel regarding the substance of this motion. Defendant's counsel indicated that Defendant stipulates and agrees to the motion.

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 9th day of February, 2026.

David Anderson
Rachel Saady-Saxe
FORD HARRISON
danderson@fordharrison.com
rsaady-saxe@fordharrison.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos