UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>　　　Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>　　　Defendant | CIVIL ACTION NO. 3:25-cv-400 |

### ORDER

CAME TO BE HEARD the Parties' Stipulated/Agreed Motion to Extend the Plaintiff's deadline to respond to Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Court finds that the Motion for Extension is well-taken and is therefore GRANTED.

It is ORDERED that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is reset to February 27, 2026.

SO ORDERED this _____ day of February, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. KATHLEEN CARDONE
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1