UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SEIU TEXAS<br>    Plaintiff<br><br>v.<br><br>TENET HEALTHCARE CORPORATION<br>d/b/a THE HOSPITALS OF PROVIDENCE<br>    Defendant | CIVIL ACTION NO. 3:25-cv-400 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE U.S. DISTRICT JUDGE:

Plaintiff SEIU Texas respectfully moves for leave to amend the First Amended Complaint filed in this case. In support thereof, Plaintiff states that Defendant has responded to the First Amended Complaint by filing a Motion to Dismiss under FRCivP 12(b)(6). Plaintiff desires to amend its complaint to clarify matters raised in the Defendant's motion. The Second Amended Complaint is attached as Exhibit A to this motion.

Local Rule CV-15 ("Amendment of Pleadings") states as follows:

    (a) Notwithstanding the time limits provided in Rule CV-7, a party may respond to a first motion under Federal Rule of Civil Procedure 12(b) by filing an amended pleading as a matter of course not later than 21 days after the filing of the motion. See Fed. R. Civ. P. 15.

On February 10, 2026, the Court granted the Plaintiff's unopposed motion extending its deadline to respond to Defendant's Motion to Dismiss Under Rule 12(b)(6). Defendant's current deadline is today, February 27, 2026. Additionally, under the Court's scheduling order (Docket Entry 20), the Plaintiff's Deadline to Amend the Complaint is also today, February 27, 2026.

The Parties have conferred regarding whether the Plaintiff's Second Amendment Complaint addresses the Defendant's arguments raised in its Motion to Dismiss, thereby eliminating the necessity of briefing by the Parties and a ruling by the Court. The Parties

1

agree that the attached Second Amended Complaint addresses and moots the Defendant's Motion to Dismiss.

Defendant does not oppose the Plaintiff's Motion to Amend its Complaint.

For the foregoing reasons, Plaintiff respectfully requests that this motion be granted, and that the Second Amended Complaint attached hereto be accepted for filing.

*Respectfully submitted*,

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Road
Suite L
Austin, Texas 78746
512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for the Defendant regarding the filing of this motion. Defendant does not oppose the motion.

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 9th day of January, 2026.

| | |
|---|---|
| David R. Anderson | Rachel Saady-Saxe |
| Texas Bar No. 24128388 | D.C. Bar No. 1738392 |
| danderson@fordharrison.com | rsaxe@fordharrison.com |
| FORDHARRISON LLP | FORDHARRISON LLP |
| 1601 Elm Street, Suite 4000 | 2000 M Street, N.W., Suite 505 |
| Dallas, Texas 75201 | Washington, D.C. 20036 |
| Telephone: (214) 256-4700 | Telephone: (202) 719-2015 |
| Facsimile: (214) 256-4701 | Facsimile: (202) 719-2077 |

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos