**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| SEIU TEXAS <br>     Plaintiff <br><br> v. <br><br> TENET HEALTHCARE CORPORATION <br> d/b/a THE HOSPITALS OF PROVIDENCE <br>     Defendant | CIVIL ACTION NO. 3:25-cv-400 |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR LEAVE TO AMEND COMPLAINT**

The Court hereby grants the Plaintiff's unopposed motion for leave to amend its Complaint. The clerk is ordered to file the Plaintiff's Second Amended Complaint attached as Exhibit A to the motion for leave to amend.

Signed this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE