UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

SEIU TEXAS
    Plaintiff

v.

TENET HEALTHCARE CORPORATION
d/b/a THE HOSPITALS OF PROVIDENCE
    Defendant

CIVIL ACTION NO. 3:25-cv-400

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, SEIU Texas, Plaintiff, and respectfully files this Response to Defendant's Motion to Dismiss and would show as follows.

Concurrent with the filing of this response, SEIU Texas is filing a Motion to Amend its complaint, along with a Second Amended Complaint. In the Second Amended Complaint, SEIU Texas addresses the arguments Defendant raised in its motion. Namely, the Second Amended Complaint more explicitly and directly states SEIU Texas' allegations that the employees in this dispute are in the bargaining unit that SEIU Texas represents at Defendant's Providence Hospital – Sierra campus location.

The Plaintiff and Defendant have conferred regarding the impact of the Second Amended Complaint on the Defendant's Motion to Dismiss. Both parties agree that the Second Amended Complaint moots the Defendant's Motion.

As such, Defendant's Motion to Dismiss is moot. SEIU Texas respectfully requests that the Court deny Defendant's Motion to Dismiss. *In the alternative*, should the Court believe that the Motion is not moot, the Plaintiff respectfully requests an additional extension until Friday, March 13, 2026, to address the arguments in the Defendant's motion to dismiss.

    Respectfully submitted,

    /s/ Manuel Quinto-Pozos
    Manuel Quinto-Pozos
    Texas Bar No. 24170459

        DEATS DURST & OWEN PLLC
        2901 Bee Caves Road
        Suite L
        Austin, Texas 78746
        512-474-6200
        512-474-7896 (fax)
        mqp@ddollaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 27th day of February, 2026.

David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
FORDHARRISON LLP
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

Rachel Saady-Saxe
D.C. Bar No. 1738392
rsaxe@fordharrison.com
FORDHARRISON LLP
2000 M Street, N.W., Suite 505
Washington, D.C. 20036
Telephone: (202) 719-2015
Facsimile: (202) 719-2077

        /s/ Manuel Quinto-Pozos
        Manuel Quinto-Pozos