**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **SEIU TEXAS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE 3:25-CV-00400-KC** |
| | § | |
| **TENET HEALTHCARE** | § | |
| **CORPORATION d/b/a THE** | § | |
| **HOSPITALS OF PROVIDENCE,** | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S NOTICE OF SETTLEMENT

Plaintiff SEIU Texas and Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus[1] participated in mediation on March 6, 2026, and agreed to certain settlement terms. The parties are in the process of finalizing the tentative settlement agreement and *e*-filing a stipulated dismissal with prejudice of all pending claims within the next thirty (30) days. Accordingly, the Defendant requests the Court hold any pending deadlines in abeyance for the next thirty (30) days.

---

[1] Incorrectly named in the case caption as "Tenet Healthcare Corporation d/b/a The Hospitals of Providence."

---

Respectfully submitted,

/s/ *David R. Anderson*
David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
FORDHARRISON LLP
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Telephone:  (214) 256-4700
Facsimile:  (214) 256-4701

Rachel Saady-Saxe
D.C. Bar No. 1738392
rsaxe@fordharrison.com
*\* Pro Hac Vice Admission*
FORDHARRISON LLP
2000 M Street, N.W., Suite 505
Washington, D.C. 20036
Telephone: (202) 719-2015
Facsimile: (202) 719-2077

*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 10th day of March, 2026, I caused a true and correct copy of the above and foregoing *Defendant's Notice of Settlement* to be filed with the Clerk of Court, using the CM/ECF system that will send notification of such filing to all counsel of record:

> Manuel Quinto-Pozos
> DEATS DURST & OWEN PLLC
> 2901 Bee Caves Road
> Suite L
> Austin, Texas 78746
> mqp@ddollaw.com

> */s/ David R. Anderson*
> David R. Anderson