UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

SEIU TEXAS
     Plaintiff

v.

TENET HEALTHCARE CORPORATION
d/b/a THE HOSPITALS OF PROVIDENCE
     Defendant

CIVIL ACTION NO. 3:25-cv-400

## JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

COMES NOW Plaintiff SEIU Texas and Defendant Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus[1] and respectfully file this Motion to Dismiss with Prejudice pursuant to the Parties' settlement and would show as follows:

1.     The Parties arrived at settlement terms during a mediation on March 6, 2026.

2.     The Defendant filed a Notice of Settlement on March 10, 2026 (Docket Entry # 26).

3.     On March 11, 2026, the Court issued an order staying all deadlines in this matter and ordering the parties to file final closing papers on or before April 13, 2026.

4.     Since that date, the Parties have negotiated and memorialized the full terms of their settlement.

WHEREFORE, the Parties respectfully request that the Court enter a final order of dismissal with prejudice.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Manuel Quinto-Pozos
Texas Bar No. 24170459
DEATS DURST & OWEN PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746

---

[1] Incorrectly named in the case caption as "Tenet Healthcare Corporation d/b/a The Hospitals of Providence."

1

512-474-6200
512-474-7896 (fax)
mqp@ddollaw.com

ATTORNEY FOR PLAINTIFF SEIU
TEXAS

By: */s/ David R. Anderson*
David R. Anderson
Texas Bar No. 24128388
danderson@fordharrison.com
**FORDHARRISON LLP**
1601 Elm Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 256-4700
Facsimile: (214) 256-4701

Rachel Saady-Saxe
D.C. Bar No. 1738392
rsaxe@fordharrison.com
* *Pro Hac Vice Admission*
**FORDHARRISON LLP**
2000 M Street, N.W., Suite 505
Washington, D.C. 20036
Telephone: (202) 719-2015
Facsimile: (202) 719-2077

***ATTORNEYS FOR DEFENDANT***
***Tenet Hospitals Limited d/b/a The***
***Hospitals of Providence Sierra Campus***

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney for the Plaintiff, hereby certify that this document has been electronically served on the following on this 13th day of April, 2026.

David Anderson
Rachel Saady-Saxe
FORD HARRISON
danderson@fordharrison.com
rsaady-saxe@fordharrison.com

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

2