UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

SEIU TEXAS
    Plaintiff

v.

TENET HEALTHCARE CORPORATION
d/b/a THE HOSPITALS OF PROVIDENCE
    Defendant

CIVIL ACTION NO. 3:25-cv-400

## ORDER

CAME TO BE HEARD the Parties' Motion to Dismiss with prejudice pursuant to the parties' settlement.

The Court finds that the Motion to Dismiss is well-taken and is therefore GRANTED.

It is ORDERED that this case is DISMISSED with prejudice. Each side will bear its costs and fees incurred in this matter.

All relief not specifically granted is hereby DENIED.

This is a final judgment.

SO ORDERED this _____ day of April, 2026.

_____

HON. KATHLEEN CARDONE
U.S. DISTRICT JUDGE

1