**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SEIU TEXAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-400-KC** |
| | § | |
| **TENET HEALTHCARE** | § | |
| **CORPORATION, d/b/a THE** | § | |
| **HOSPITALS OF PROVIDENCE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Dismiss with Prejudice ("Motion"), ECF No. 27. Upon due consideration, the Motion is **GRANTED**. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 14th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE